

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00418-CV

| | | |
|---|---|---|
| Jasmine Montgomery | § | From the 431st District Court |
| | § | of Denton County (2009-60392-393) |
| v. | | |
| | § | May 23, 2013 |
| Wanda Mattucci | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. The judgment is modified to delete the monetary sanctions award of $6,000. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellant Jasmine Montgomery shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston